UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ANISA MOHAMED and SAHRA MOHAMED, on behalf of themselves and all other similarly situated individuals, and<br><br>Plaintiffs,<br><br>vs.<br><br>STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY,<br><br>Defendant[s]. | NO. 2:22-CV-01034-TL<br><br>ORDER TO EXTEND DEADLINE TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFFS' COMPLAINT |

**ORDER**

Based on the Joint Stipulated Motion to Extend Deadline to Answer or Otherwise Respond to Plaintiffs' Complaint in this matter, IT IS HEREBY ORDERED that the deadline for filing an answer to the complaint or motion pursuant to Fed. R. Civ. P. 12 is extended to August 17, 2022.

//

//

//

ORDER GRANTING MOTION TO EXTEND DEADLINE - 1
(Case No. 2:22-CV-01034-TL)

1  DATED this 29th day of July 2022.

2

3

4                                           Tana Lin
                                            United States District Judge
5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

ORDER GRANTING MOTION TO EXTEND DEADLINE  - 2
(Case No. 2:22-CV-01034-TL)