UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ANISA MOHAMED et al., <br><br> Plaintiff(s), <br><br> v. <br><br> STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, <br><br> Defendant(s). | CASE NO. 2:22-cv-01034-TL <br><br> ORDER GRANTING STAY AND DENYING EXTENSION OF ANSWER DEADLINE AS MOOT |

This matter is before the Court on the Parties' Stipulated Motion for Stay Pending Appeal (Dkt. No. 18) and Joint Stipulated Motion to Extend Deadline to Answer or Otherwise Respond to Plaintiffs' Complaint (Dkt. No. 19). Having considered the Parties' briefing and relevant record, the Court hereby GRANTS the Parties' request for a stay and ORDERS all proceedings in this action stayed until entry of the Ninth Circuit's mandate in *Jama et al. v. State Farm Mutual Automobile Insurance Company et al.*, Case No. #22-35449. The Parties shall submit a Joint Status Report and proposed Case Schedule to the Court **within thirty (30) days** of the aforementioned mandate.

Defendant State Farm Mutual Automobile Insurance Company's deadline to answer or otherwise respond to Plaintiff's Complaint will remain stayed pending the Court's entry of an amended case schedule upon the conclusion of the stay. Consequently, the Court DENIES AS MOOT the Parties' motion for an extension of Defendant's answer deadline.

Dated this 16th day of August 2022.

*[signature]*

Tana Lin
United States District Judge